No. 10–473. GRUNDSTEIN v. SUPREME COURT OF OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 10–478. RANA v. TOYOTA MOTOR CREDIT CORP. Sup. Ct. Va. Certiorari denied.

No. 10–485. DAVIS v. CALIFORNIA BOARD OF CHIROPRACTIC EXAMINERS. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 10–498. NOREN v. JEFFERSON PILOT FINANCIAL INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–513. BLUNT v. NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 10–532. NERAD v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 10–554. STINN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–555. PERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5002. FOSTER, AKA JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5003. HERNANDEZ v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–5078. GAMBOA-VICTORIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5106. REDD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5130. PROPST v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5135. WOOTEN v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.